Justin Agustin 08429-122
Name and Prisoner/Booking Number

United States Penitentiary-Atwater
Place of Confinement

Post Office Box 019001
Mailing Address

Atwater, CA. 95301-0190
City, State, Zip Code

FILED
MAR 09 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN E. AGUSTIN,
(Full Name of Plaintiff)
  Plaintiff,

v.

(1) United States of America,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
  Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22CV 0440 JDP (PC)
(To be supplied by the Clerk)

Federal Tort Claim Act
Pursuant to 28 USC sec. 1346, 2671

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 28 USC sec. 1346, 2671

2. Institution/city where violation occurred: FDC Honolulu, Hi

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: **United States**. The first Defendant is employed as: **FEDERAL DETENTION CENTER** at ___ (Institution) **HONOLULU, HAWAII**
   (Position and Title)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: "ASSAULT & BATTERY" "NEGLIGENCE"

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On or about September 8th 2018, I Justin Agustin #08429-122 was subjected to "Assault & Battery" by Correctional Officer Salazar at the Federal Detention Center in Honolulu, Hawaii in housing unit 4-A while acting in the Scope of his employment, Causing "personal injury". Correctional Officer Salazar commited negligence and assault & battery in a breach of duty due to breach as the proximate cause of injury.

   - Continued on attachments 1-4

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Bruises to face/chin and swelling of the neck, years of physical discomfort, mental anguish, emotional distress, pain and suffering, humiliation, and severe headaches as well as psychological trauma. Neck injury and Head injury nerve damage.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __NONE__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: __NONE__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_(section crossed out)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: I AM SEEKING MONETARY IN THE AMOUNT OF $100,000 / one hundred thousand Dollars, AND/OR DEDUCTION OF TIME OF SENTENCE PRESENTLY SERVING. BOTH REQUESTS ARE NEGOTIABLE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3·2·22
DATE

SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)
N/A

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Attachment 1

On or about September 8th 2018 in unit 4-A I was let out after 3:00PM lockdown for chow and I was immediatly confronted by C.O. Salazar and he asked me why I pulled out an AK-47 on Navy at Halawa McDonald's and robbed him at gunpoint, he said this in an agressive and accusative manner.

I then replied "I don't know what you're talking about, you got the wrong guy" he then said "no, you are the guy and I will double check with my people". I then walked away.

After I stood in line for chow, I got my tray and sat down to eat but I was nervous and stopped after a short time. I then went to the C.O.'s office to plead my innocence to Salazar.

I asked him if I could speak to him and he said "yea ok, whats up?" and I told him that I never robbed Navy at Halawa McDonald's and that Navy and I are cool, he then said "I haven't talked to my people yet but we are going to find out, what's up with you and Adam Bogema?" I replied and said why, what's up? And Salazar said "Adam said that you ratted him out" I told him that was a lie and all I did was plead guilty.

Salazar then said "oh yea? But Adam said that you talked to the DEA" I told him that I did not and he said "Are you sure? Cause all I want to know is if the DEA is investigating anyone from Halawa Housing" I told him that I didn't know what he was talking about and that I do not talk to the DEA. Salazar then said "man, all the boys from Halawa are disappointed in you about the situation with Adam Bogema".

Attachment 2

Salazar said "come on just tell me the truth about everything, you don't recognize me? I was there at Halawa McDonald's when it went down" I told him that he has the wrong guy and then he yelled "Fuck you! get away from my office, you're lying, I did talk to my people!"

I walked to my cell and I was stopped by inmate Kauilo who was claiming to be the brother of Navy (The person Salazar said I robbed at gunpoint). Inmate Kauilo and I were arguing and he accused me of the robbery and stated that Officer Salazar told him that I had done it, I denied all involvement and told him that Salazar was lying.

I walked to my cell and went inside and Kauilo came in a few moments later and told me that if what Salazar has told him is true that he was going to fuck me up, he said this in an agressive manner. Officer Salazar then came into the cell and asked if everything was alright, I then asked Salazar why he was telling inmate Kauilo that I robbed his brother and I also told him that he was putting my life in danger.

Salazar became very angry and yelled "Because you fucking did you fucking liar!" I then went to the back of the cell and sat down at the desk and told him that he has the wrong man. Officer Salazar then walked to me and said "you fucking liar" and punched me on my chin, I then covered my face to block the punches as he continued to hit me on the back of my head.

Salazar then grabbed the back of my neck with his left hand and pinned my head to the desk. While in this position, Salazar reached down my pants with his right hand and as he is squeezing my buttocks he says "I have people in the mainland, you are going to get stabbed up and your ass fucked" and I felt violated because while he was squeezing my buttocks one of his fingers contacted my anal opening.

Attachment 3

At this point I was terrified and equally humiliated and officer Salazar stood me up and pushed me towards the chair in the back of the cell and said "I gave your peoples information to Adam you bitch rat."

Officer Salazar then turned around and high fived inmate Kauilo in a celebratory manner and said "Fuc this dude" and walked out of the cell

## Conclusion

FBOP staff are held to a high standard of integrity and are obliged to conduct themselves in a professional manner, however the aforementioned conduct clearly violates Federal laws as well as Federal regulations of Bureau policies and ethical codes of conduc "Personal injury caused by negligent or wrongful act or omission of the Federal Government while acting within the scope of their employment.



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Consolidated Legal Center - SeaTac
2425 S. 200th Street
SeaTac, WA 98198

**VIA CERTIFIED MAIL**

September 23, 2021

Justin Agustin
#08429-122
United States Penitentiary
PO Box 019001
Atwater, CA 95301

Re: Administrative Claim No. TRT-WXR-2021-06276

Dear Mr. Agustin:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq. You seek $100,000.00 in compensation for alleged personal injury as a result of events at the Federal Correctional Institution, Sheridan, Oregon on or about September 8, 2018.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied. If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

George Cho,
Supervisory Attorney, SeaTac CLC

cc:   Warden
      FDC, Sea Tac

GC/sm