ORIGINAL

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2022

at 5 o'clock and 30 min. P M
CLERK, U.S. District Court

cc: JMS / Filon       LS

Justin Agustin Reg: 08429-122
Name and Prisoner/Booking Number

USP Atwater
Place of Confinement

P.O. Box 019001
Mailing Address

Atwater, California 95301
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

JUSTIN E. AGUSTIN

(Full Name of Plaintiff )

Case No. 2:22-CV-00440-JPD

(To be supplied by the Clerk)

VS.

**PRISONER CIVIL RIGHTS COMPLAINT**

CORRECTIONAL OFFICER SALAZAR

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

(Full Names of Defendants; DO NOT USE *et al.* )

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☒28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
    b. ☒28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☒Other: (Please Specify) __28 U.S.C. 1346(b)(1)__

2. Plaintiff: Justin E. Agustin

    Institution/city where violation occurred: Federal Detention Center - Honolulu ("FDC Honolulu")

3. First Defendant *: Correctional Officer Salazar ("Defendant Salazar"). Defendant Salazar's full name will be uncovered through the course of discovery in this proceeding.

This defendant is a citizen of (state and county) Unknown to Plaintiff, but will be uncovered through the course of discovery in this proceeding.
and is employed as:

Correctional Officer _____ at __FDC Honolulu__ .
(Position and Title)                              (Institution)

This defendant is sued in his/her _x_ individual _x_ official capacity (check one or both). Explain how

Received By Mail
Date AUG 2 2 2022

Mailed On
Date 8/23/2022

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:
 Defendant Salazar was at all relevant times employed as a correctional officer with the Bureau of Prisons

 and was, based upon the Plaintiff's informed belief, working an assigned shift at FDC Honolulu.

4.  Second Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　　(Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

_____

5.  Third Defendant: _____

 This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
　　　　　　　(Position and Title)　　　　　　　　　　　　　　　　　　　(Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*　　　A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds.  Only injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

　　　"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM  Rev. 01/2008

## B. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits while a prisoner:      ☐ Yes      ☒ No

2.  If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3.  First previous lawsuit:

   a.   Plaintiff _____

         Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

4.  Second previous lawsuit:

   a.   Plaintiff _____

         Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.   Plaintiff _____

           Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

           _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

           _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.      Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes _X_No.

        **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM  Rev. 01/2008

## C.  CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):
Violation of Plaintiff's Eight Amendment Right to be be free from cruel and unusual punishment.

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐Mail  ☐ Access to the court  ☐Medical care  ☐ Disciplinary proceedings  ☐Property  ☐ Exercise of religion  ☐Retaliation  ☐ Excessive force by an officer  ☐Threat to safety  ☒Other:  Assault and Battery

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

On or about September 18, 2018, Defendant Salazar entered the cell of the Plaintiff and without provocation punched and assaulted the Plaintiff causing injury.  Based upon the Plaintiff's recollection, Defendant Salazar punched him at or near his chin and jaw several times; forcible held his neck again a metal desk located in the cell; and planed one hand on the inside of the back of Plaintiff pants touching his buttocks.  Based upon Plaintiff's informed belief, at the time of the assault, Defendant Salazar was "on duty" as a corrections officer at FDC Honolulu and had access to Plaintiff's cell because of his employment status.  Following the assault, Defendant Salazar made no attempt to arrange medical treating for Plaintiff.  Following the assault Defendant Salazar, while walking out of Plaintiff's cell, turned to at least one other inmate and stated "fuck this dude".

4.  Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Immediately following the assault, Plaintiff suffered bruising to his face as well as chin, and swelling to his neck.  In the time since the assault, Plaintiff has developed severe headaches and has been diagnosed with nerve damage.  Additionally, as other inmates were permitted to watch the assault Plaintiff suffered undue humiliation and was subjected to emotional distress.

5

1983 FORM  Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
_A violation of the Plaintiff's Eight Amendment right to be free from cruel and unusual punishment._

2.    Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care

☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation

☐ Excessive force by an officer    ☐Threat to safety    ☒Other: _Sexual Abuse and/or Harassment_

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_Plaintiff incorporates as if fully restated herein the Supporting Facts contained in Count I and further_

_states as follows: Defendant Salazar knowingly touched Plaintiff's buttock's and while doing so_

_threatened Plaintiff causing him to fear for his safety.  Specifically, Defendant Salazar stated the_

_Plaintiff "I have people in the mainland, you are going to get stabbed up and your ass fucked"._

_Defendant Salazar did not identify to Plaintiff who "his people" are on the "mainland".  Plaintiff_

_continues to live in fear because of Defendant Salazar's threats._

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
_Emotional distress, undue pain and suffering, loss of enjoyment/quality of life._

6

1983 FORM  Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
Plaintiff's First Amendment Right to be free from retaliation and his First Amendment Right to Equal

Protection

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)        ☐Mail        ☐ Access to the court        ☐Medical care

☐ Disciplinary proceedings        ☐Property        ☐ Exercise of religion        ☒Retaliation

☐ Excessive force by an officer        ☐Threat to safety        ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Plaintiff incorporates as if fully restated herein the Supporting Facts contained in Count II and further
states as follows:  In the hours before the assault, Defendant Salazar approached the Plaintiff and accused
him of cooperating with law enforcement in their investigation of others.  Defendant Salazar demanded to
know if Plaintiff was aware if the Drug Enforcement Administration had any active investigations into
"Halawa Housing".  Based upon Plaintiff's informed belief, when Defendant Salaza referenced "Halawa
Housing" he was referring to the Halawa Housing Complex.  Defendant Salazar further accused the
Plaintiff of robbing an acquaintance of, who at one point resided in "Halawa Housing", at gun point.
Following the assault, Defendant Salazar told Plaintiff that he "gave your peoples information to Adam
you rat bitch".  Based upon the Plaintiff's informed belief the "Adam" that Defendant Salazar referenced is
Adam Bogema ("Bogema").  At the time Bogema was also an inmate at FDC Honolulu.  In a recent Court
filing Judge Seabright commented that Bogeman had a "long and troubling" criminal history, with many
violent offenses.  See: _United States v. Bogema, No. 16-00451 (D. Haw. Oct. 20, 2020)._  Bogema believed
that Plaintiff had cooperated with law enforcement in their case against him.  Defendant Salazar only had
access to Plaintiff's family information as a result of his employment with the Bureau of Prisons.

Defendant Salazar retaliated against the Plaintiff based upon his belief that that the Plaintiff was providing
assistance to law enforcement.  As a correctional officer, Defendant Salazar had a duty to treat Plaintiff the
same as all other inmates for which he was charged with monitoring.

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Plaintiff restates, as if fully restated herein, the Injuries claimed in Count I.

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

IV

## COUNT IIXxx

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
   Plaintiff's Fourth Amendment right to be free from the Invasion of privacy.

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should
   be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care
   ☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation
   ☐ Excessive force by an officer    ☐Threat to safety    ☒Other: Invasion of Privacy

IV

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count IIK, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Plaintiff incorporates as if fully restated herein the Supporting Facts contained in Count III and

further states as follows:  Without the Plaintiff's permission or consent, Defendant Salazer accessed

the personal records of Plaintiff and provided contact information for Plaintiff's family to a

dangerous felon.  Defendant Salazar did this knowing that the person he provided the records to

believed the Plaintiff was a cooperating witness against him.  Defendant Salazar had no legitimate

purpose for accessing Plaintiff's personal records, much less sharing said records with a dangerous

felon.  Defendant Salazar has access to the Plaintiff's personal records as a result of his employment

with the Bureau of Prisons.  Plaintiff had a reasonable expectation of privacy that his personal

records with not be shared with others for no legitimate law enforcement purpose.

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
   Plaintiff incorporates as if fully restated herein the Injuries identified in Count II.

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

8

xxx

1983 FORM  Rev. 01/2008

V

**COUNT III**x

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
Plaintiff's Fourth Amendment right to be free from Excess Force by law enforcement.

_____

V

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)        ☐Mail        ☐ Access to the court        ☐Medical care

☐ Disciplinary proceedings        ☐Property        ☐ Exercise of religion        ☐Retaliation

☒ Excessive force by an officer        ☐Threat to safety        ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Plaintiff incorporates as if fully restated herein the Supporting Facts contained in Count IV and further

states as follows:  Defendant Salazar, without any justifiable law enforcement purpose, intentionally used

excessive force during his assault on the Plaintiff.  Plaintiff was unable to defend himself during the assault

by Defendant Salazar.  Had Plaintiff made any effort to defend himself, he would have been subjected to

punishment for assaulting a staff member.

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Plaintiff incorporates, as if fully restated herein, the Injuries identified in Count I.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

9

xxxxxx

1983 FORM  Rev. 01/2008

VI

## COUNT NXX

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):
  The Constitutional errors complained of herein amount to the intentional infliction of emotional distress

  as permitted by 42 U.S.C. 1983.

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
  be stated in a different count)        ☐ Mail        ☐ Access to the court        ☐ Medical care

☐ Disciplinary proceedings        ☐ Property        ☐ Exercise of religion        ☐ Retaliation

☐ Excessive force by an officer        ☐ Threat to safety        ☒ Other:  Intentional Infliction of Emotional
                                                                          Distress. VI

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count IX without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

 Plaintiff incorporates as if fully restated herein the Supporting Facts contained in Count V and further

 states as follows:  As a consequences of the acts, actions, and omissions of Defendant Salazar - each

 committed with reckless disregard to the Plaintiff's Constitutional rights - Plaintiff was been subjected to

 the intentional infliction of emotional distress.

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
  Plaintiff incorporates as if fully restated herein the Injuries listed in Count II.

10

XXX

1983 FORM  Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Judgment against Defendant Salazar on one or more of the Counts asserted herein;  an award of actual and

compensatory damages against Defendant Salazar; An award of punitive damages against Defendant

Salazar for his wrongful, oppressive, and/or malicious actions; All reasonable costs herein expenses; and,

any and all other relief the Court deems just and equitable.

 

 

 

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this  16  day of  August , 2022 .
(month)    (year)

*Justin E. Agustin*
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

11