IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JUSTIN E. AGUSTIN, | ) | CV 22-00167 JMS-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| UNITED STATES OF AMERICA, et al., | ) | DISMISS ALL CLAIMS AGAINST DEFENDANT CORRECTIONAL |
| | ) | OFFICER SALAZAR |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS ALL CLAIMS
AGAINST DEFENDANT CORRECTIONAL OFFICER SALAZAR

Findings and Recommendation having been filed and served on all parties on July 1, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge